# EXHIBIT A

**From:** Greg Hurley [mailto:GHurley@sheppardmullin.com]
**Sent:** Thursday, May 9, 2019 8:23 AM
**To:** Scott Ferrell <SFerrell@pacifictrialattorneys.com>; Victoria Knowles <VKnowles@pacifictrialattorneys.com>; Mandy Jung <MJung@pacifictrialattorneys.com>
**Cc:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Subject:** RE: Abelardo Martinez, Jr. v. Adidas America, Inc.: We will agree to remand if you provide a statement that the Plaintiff is not claiming or seeking any relief for violations of the ADA

SFerrell@pacifictrialattorneys.com

Scott,

We will agree to remand if you provide a statement that the Plaintiff is not claiming or seeking any relief for violations of the ADA. In prior cases you have opposed removals on the basis of no federal claims being raised and then based your entire claim on the ADA. See attached *Martinez v SDCCU* opinion. And, I refer you to your briefs in those matters that were based on claims under the ADA and asked the State Court to find violations of the ADA. Courts routinely ask plaintiffs in ADA cases to explain how they intend to proceed if they are not asserting a violation of the ADA. See *Jackson v. Pizza*, Case No. CV 11-03643 GAF (JCGx), at *3 (C.D. Cal. Jun. 14, 2011). If you are in fact not alleging any violations of the ADA then we should stipulate to that to save the Court the trouble of hearing your motion. Thanks

**Greg Hurley**
949 282 9530
GHurley@sheppardmullin.com | Bio

**Sheppard**Mullin
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com

**From:** Scott Ferrell <SFerrell@pacifictrialattorneys.com>
**Sent:** Wednesday, May 8, 2019 8:58 AM
**To:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Greg Hurley <GHurley@sheppardmullin.com>
**Cc:** Victoria Knowles <VKnowles@pacifictrialattorneys.com>; Mandy Jung <MJung@pacifictrialattorneys.com>
**Subject:** Abelardo Martinez, Jr. v. Adidas America, Inc.: Meet and Confer Regarding Motion to Remand

Counsel:

I am writing in accordance with Local Rule 7-3 to meet and confer before filing a Motion to Remand the above-referenced case to state court. Specifically, the

Complaint does not assert a claim arising under federal law and the Complaint also expressly limits the amount in controversy to $74,999.

Please advise us if you will oppose the Motion.

Regards,

*Scott J. Ferrell, Esq.*

**PACIFIC TRIAL ATTORNEYS**
4100 Newport Place Drive, Suite #800
Newport Beach, CA 92660
Phone: (949) 706-6464
sferrell@pacifictrialattorneys.com

 

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
This e-mail or any attachments may contain confidential or privileged information. Unless you are the intended recipient, you may not disclose, copy or use any information herein. If you have received this e-mail in error, please notify the sender immediately by reply and delete the e-mail from your system.