**PACIFIC TRIAL ATTORNEYS**
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABELARDO MARTINEZ, JR., an individual, and ROY RIOS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ADIDAS AMERICA, INC., an Oregon corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  5:19-cv-00841-JGB-KK<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF RIVERSIDE**<br><br>[Concurrently filed with the Notice of Motion and Motion; supporting Declaration of Scott J. Ferrell; and [Proposed] Order]<br><br>Date:  June 24, 2019<br>Time:  9:00 a.m.__<br>Ctrm:  1<br><br>Complaint filed:   April 19, 2019<br>Removal Filed:    May 6, 2019 |

Plaintiffs Abelardo Martinez and Roy Rios ask the Court to take judicial notice of the following documents in support of their Motion to Remand this Action to the Superior Court of California for the County of Riverside:

- The Honorable John A. Kronstadt's opinion in *Cheryl Thurston v. Toys R Us, Inc.*, U.S. District Court, Central District of California Case No. 5:16−cv−02672−JAK-AGR, Doc. No. 14, February 23, 2017. A true and correct copy of the Order is attached hereto as **Exhibit A** and is a document of the United State District Court's record.

- The Honorable Terry J. Hatter, Jr.'s opinion in *Thurston v. Omni Hotels Management Corporation*, U.S. District Court, Central District of California Case no. 16-cv-02596-TJH-KK, Doc. No. Dkt. 15, May 19, 2017. A true and correct copy of the Order is attached hereto as **Exhibit B** and is a document of the United State District Court's record.

- The Honorable James V. Selna's opinion in *Thurston v. Cleapath Lending, INc.*, U.S. District Court, Central District of California Case no. No. SACV 18-2094 JVS (JDEx), Doc. No. 20, Jan. 28, 2019. A true and correct copy of the Order is attached hereto as **Exhibit C** and is a document of the United State District Court's record.

- The complaint in *Thurston v. Cleapath Lending, Inc.*, Superior Court of California for the County of Orange, case no. 30-2018-01027579 (Oct. 24, 2018). A true and correct copy of the complaint is attached hereto as **Exhibit D** and is a document of the Superior Court's record.

Judicial notice of the foregoing documents is proper because a noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court; or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). These documents cannot be subject to reasonable dispute because they are contained within the files of the courts. *See e.g. Reyn's Pasta Bella, LLC v.*

*Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of documents from court records).

Dated: May 22, 2019

PACIFIC TRIAL ATTORNEYS
A Professional Corporation

By: /s/Scott J. Ferrell
Scott J. Ferrell
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2019, I electronically filed the foregoing **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF RIVERSIDE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell